**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**DELDRICK CARTER,**

**Defendant.**                                        **No. 03-CR-30148-02-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On October 22, 2008, the grand jury returned a superseding indictment in ***United States v. Carter***, **08-CR-30196-JPG-PMF**. The facts of the superseding indictment contain the same set of facts as the bond revocation in this matter. Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be transferred to (or consolidated before) a single District Judge, ***see, e.g. Smith v. Check-N-Go of Illinois, Inc.***, **200 F.3d 511, 513 n.1 (7th Cir. 1999)**; ***Blair v. Equifax Check Services, Inc.***, **181 F.3d 832, 839 (7th Cir. 1999)**, the Court **TRANSFERS** this bond revocation matter to District Judge Gilbert for further proceedings. All further pleadings shall bear cause number 03-CR-30148-02-JPG.

**IT IS SO ORDERED.**

Signed this 30th day of October, 2008.

/s/      *David R Herndon*
**Chief Judge**
**United States District Court**