# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DELDRICK CARTER | |
| | Case No. 3:03CR30148-002-JPG |
| | USM No. 06441-025 |
| | John D. Stobbs, II |
| | Defendant's Attorney |

**FILED APR 09 2009 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE**

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Conspiracy to Use Access Devices | 01/31/2008 |
| Standard # 2 | The defendant failed to submit written reports timely | 08/30/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __3910__

Defendant's Year of Birth: __1974__

City and State of Defendant's Residence:
East St. Louis, IL. 62205

04/09/2009
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert    District Judge
Name and Title of Judge

April 9, 2009
Date

DEFENDANT: DELDRICK CARTER
CASE NUMBER: 3:03CR30148-002-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 3 | The defendant failed to call On-Site Drug Testing Program as directed | 07/30/2006 |
| Standard # 11 | The defendant failed to notify probation within 72 hours of being arrested | 12/07/2006 |
| Special | The defendant failed to report for substance abuse counseling as directed | 06/30/2005 |

DEFENDANT: DELDRICK CARTER
CASE NUMBER: 3:03CR30148-002-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Time Served (The Court sentences the defendant to 6 months, but gives him 6 months credit for time already served). This sentence shall run concurrent with sentence in 08-30196.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL